COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Cause No   01-13-00958-CR; *Ex parte Zantos-Cubeas*

Appeal from Order Denying Habeas Corpus Relief in Cause No. 24,581 in the County Court of Grimes County, Texas.

On October 18, 2013, relator Cresencio Zantos-Cuebas filed a written notice of appeal of the trial court's denial of his application for a writ of habeas corpus. Pursuant to Rule 31.1 of the Texas Rules of Appellate Procedure, the court sets the following dates for the filing of briefs. If relator wishes to file a brief in addition to the legal arguments presented to the trial court, he must do so no later than November 15, 2013. The court requests a response from the State, to be filed no later than November 22, 2013. The court also requests that the parties provide any available information about the status and progress of the deportation proceedings pending against relator.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                   Acting individually

Date: November 8, 2013